McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:04-CR-209 EJG |
| Plaintiff, | ) | |
| | ) | EX PARTE APPLICATION AND ORDER |
| | ) | |
| KEITH NORDICK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 27, 2005, the Court entered a Notice of Hearing that set a hearing date on the government's Motion to Dismiss the Petition for Ancillary Hearing filed by Alison Ross, and set a briefing schedule.  That schedule provides that the government shall file a reply on or before July 8, 2005.

Subsequently, on June 28, 2005, the Court entered a Minute Order continuing the hearing date from July 29, 2005 to September 2, 2005, and allowing the government to conduct discovery before the Court ruled on the pending motion.  In view of the fact that the hearing has been continued, and the government has been authorized to conduct discovery prior to a ruling on the pending motion, the government applies ex parte for an order continuing the date by

///

1

which it shall submit any reply brief and supporting papers from July 8, 2005 to August 22, 2005.

                                        Respectfully submitted,

Dated: 7/5/05                McGREGOR W. SCOTT
                                   United States Attorney

                                        /s/ Courtney J. Linn
                         By: _____
                                        COURTNEY J. LINN
                                        Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: July 8, 2005         /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      UNITED STATES DISTRICT JUDGE