```
LAW OFFICES OF JOHNNY L. GRIFFIN, III
JOHNNY L. GRIFFIN, III (SBN 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Claimant
ALISON ROSS
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-04-209 EFG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON CLAIMANT'S PETITION FOR AN ANCILLARY HEARING ON PRELIMINARY ORDER OF FORFEITURE |
| vs. | |
| FUNDS HELD IN ACCOUNT NO. 4164826 AT BANCO PROMERICA IN THE APPROXIMATE AMOUNT OF $52,875.63, | |
| Defendants, | Date: October 14, 2005<br>Time: 10:00 a.m. |
| ALISON ROSS, | Honorable Edward J. Garcia |
| Claimant. | |

The United States of America, by and through Assistant U.S. Attorney Courtney J. Linn, and Claimant ALISON ROSS, by and through her attorney Johnny L. Griffin, III, hereby agree and stipulate to continue the hearing in the above captioned case from October 14, 2005 at 10:00 a.m. to October 28, 2005 at 10:00 a.m.[1]

---

1. This Court's Clerk has advised the parties that October 28, 2005 at 10:00 a.m. is an available date and time for the hearing in this matter.

U.S. v. $52,875.63
Case No.: S-04-209 EFG
STIPULATION AND [PROPOSED] ORDER - 1

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1  In addition, all parties have agreed to adhere to this modified briefing schedule:

| Pleading: | Due on or before: |
|---|---|
| Government Opposition to Claimant's Petition for Ancillary Hearing on Preliminary Order of Forfeiture | 10/21/05 |

Dated: October 4, 2005          Respectfully submitted,

/s/ Courtney J. Linn
COURTNEY J. LINN[2]
Assistant U.S. Attorney

Dated: October 4, 2005          /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Claimant Alison Ross

**IT IS SO ORDERED.**

Dated: 10/4/05

HON. EDWARD J. GARCIA
United States District Judge

---

[2] Assistant United States Attorney Courtney J. Linn telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. $52,875.63
Case No.: S-04-209 EFG
STIPULATION AND [PROPOSED] ORDER - 2

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814