McGREGOR W. SCOTT
United States Attorney
JOHN K. VINCENT
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>KEITH ANDREW NORDICK,<br><br>        Defendant. | 2:04-CR-209-EJG<br><br>FINAL ORDER OF FORFEITURE; ORDER APPOINTING CUSTODIAN AND SUPPLEMENTAL LETTER ROGATORY TO THE REPUBLIC OF COSTA RICA |

    Upon the application of the United States of America, and for good cause shown, the Court makes the following FINDINGS AND ORDERS:

    1.  The Government has provided, or attempted to provide, notice of this Court's Preliminary Order of Forfeiture filed February 24, 2005, in a manner consistent with the requirements of 21 U.S.C. § 853(n) (as incorporated by 18 U.S.C. § 982(b)(1)) and the requirements of due process.  Only one person, Alison Ross, came forward to file a petition against any of the assets identified in the Court's Preliminary Order, and the time for doing so has expired.  After filing her petition, Alison Ross withdrew it.

    2.  The Court has been fully apprized of the court of appeals' decision in United States v. $4,224,958.57, 392 F.3d 102

1  (9th Cir. 2004) ("Boylan"). The Court concludes that Boylan is
2  distinguishable. Given the comprehensive legislative scheme of
3  both the Mandatory Victim Restitution Act and the criminal
4  forfeiture laws, and the unique complexities of this case, the
5  Court concludes that the interests of potential victims in this
6  case and in the parallel criminal cases falls outside the zone of
7  interests protected by the ancillary proceeding provisions of the
8  criminal forfeiture statutes, and that the question of whether to
9  transfer assets that are subject of this proceeding to potential
10 victims is one that should be left to the discretion of the
11 Attorney General.
12      3. Pursuant to Rule 32.2(c)(2), the Court finds that the
13 defendant convicted in this case, and the in the parallel
14 criminal cases (or some combination of defendants convicted in
15 these cases), had an interest in each of the assets identified
16 below:

   (a)  All Investment CD's held at Banco Elca and
        purchased by Keith Nordick, plus any and all accrued
        interest earned, in the approximately amount of
        $479,507.43;

   (b) All funds held in Account Number 4164826 for the
       benefit of Alison Ross at Banco Promerica in San Jose,
       Costa Rica in the approximate amount of $52,875.63,
       including any and all accrued interest; and

   (c) All funds held in account 112002698 at Banco Elca
       held in the name of Guarantee Investments, S.R.L.

Accordingly, the Court hereby makes the Preliminary Order of
Forfeiture the Final Order of Forfeiture, and finally and

2

conclusively orders that the assets identified in the Preliminary Order of Forfeiture be, and the same hereby are, forfeited to the United States of America to be disposed of as provided for by law.  A true and correct copy of the Court's Preliminary Order of Forfeiture is attached hereto as Attachment A and incorporated herein.

4. David Gutiérrez, the Custodian appointed by the Court in the parallel civil forfeiture cases, U.S. v. Cruisers Yacht, et al., 2:01-CV-2330-EJG-PAN; and United States v. Real Property, etc., 2:02-CV-0671-EJG-PAN, is hereby appointed as Custodian over the properties that are the subject of this order.  With regard to the properties that are the subject of this action he is empowered to take such actions as are necessary and consistent with the terms and conditions of his appointment in the parallel civil forfeiture cases.

5. The Court shall retain jurisdiction over this matter to the extent necessary to give effect to this Order and to supervise the Custodian.

SO ORDERED this 26th day of May, 2006.

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

///
///
///
///
///

3

**SUPPLEMENTAL LETTER ROGATORY TO COSTA RICA**

6.  The United States District Court for the Eastern District of California presents its greetings to the judicial authorities in the Republic of Costa Rica, and respectfully requests the assistance of the courts in the Republic of Costa Rica.  The United States District Court for the Eastern District of California assures the courts of the Republic of Costa Rica, and the appropriate judicial authority designated to execute this request, that the courts in the United States are authorized to assist foreign tribunals in the execution of letters rogatory for assistance in criminal matters.

7.  This is a criminal case.  The defendant Keith Nordick has pleaded guilty and was convicted of mail fraud, wire fraud, and conspiracy to commit money laundering in connection with the Tri-West Investment Club fraud scheme.  As part of his plea of guilty, defendant Nordick agreed to forfeit various assets, including assets located in Costa Rica.  The United States District Court has found that these assets, which are described in Paragraph 3 above, are subject to forfeiture to the United States of America.  This Court has afforded an opportunity for third-party claimants to come forward and maintain a claim to these assets, and no claimant has done so.  Therefore, the Court has now finally and conclusively ordered the forfeiture of the properties described in paragraph 3 above to the United States of America, to be disposed of as provided for by law.

8.  Accordingly, this Court requests that the appropriate

1  authorities in Costa Rica give effect to this Final Order of
2  Forfeiture by ordering the repatriation to the United States of
3  America of all properties identified in paragraph 3 above.  The
4  Court further requests that such order direct the transfer of the
5  properties to such account or accounts in the United States as
6  the U.S. Embassy in San José, Costa Rica, or the United States
7  Department of Justice, may specify.

8  DATED: <u>May 26, 2006</u>            <u>/s/ Edward J. Garcia      </u>
                                          EDWARD J. GARCIA
9                                         UNITED STATES DISTRICT JUDGE

5